AO 455 (Rev. 5/85)   Waiver of Indictment

**FILED**

# United States District Court

JAN 2 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
JAVIER MARTINEZ-GAMEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: CR-08-00026 RMW (HRL)

I, JAVIER MARTINEZ-GAMEZ, the above named defendant, who is accused of

ILLEGAL RE-ENTRY, IN VIOLATION OF TITLE 8 U.S.C. section 1326

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on January 24, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer