*E-FILED *

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte        **REPORTER:** Summer Clanton

**DATE:** March 10, 2008          **TIME:** 9:00 am

**CRIMINAL NO.:** CR-08-00026-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- JAVIER MARTINEZ-GAMEZ
        **APPEARANCES:**                (P) (C)

**PLTF:** AUSA: J. Schenk         **DEFT:** N. Humy

**COURT ACTION:** STATUS HEARING

**Hearing Held. The defense advised the Court that they need to gather records and review the records. The Court continued this matter to 4/7/08 @ 9:00 am for Possible Disposition. The Court excluded time based on effective preparation. Time is excluded to 4/7/08. Government to prepare exclusion order.**

                              /s/ Jackie Garcia
                              **JACKIE GARCIA**
                              **Courtroom Deputy**