***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte  **REPORTER:** Lee-Anne Shortridge

**DATE:** April 7, 2008  **TIME:** 9:00 am

**CRIMINAL NO.:** CR-08-00026-RMW

**TITLE:** UNITED STATES OF AMERICA  -v- JAVIER MARTINEZ-GAMEZ
  **APPEARANCES:**   (P) (C)

**PLTF:** AUSA: J. Schenk  **DEFT:** N. Humy
  **INTERPRETER:**   L. Acre

**COURT ACTION: STATUS HEARING**

**Hearing Held. The defendant advised the Court that he is requesting an appointment of new counsel. The Court referred this matter to Magistrate Judge Lloyd on 4/10/08 @ 9:30 AM.**

  */s/ Jackie Garcia*
  JACKIE GARCIA
  **Courtroom Deputy**