1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

2  BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  JEFFREY B. SCHENK (CSBN 234355)
   Assistant United States Attorney

5
       150 South Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-2695
7      Facsimile: (408) 535-5081
       jeffrey.b.schenk@usdoj.gov
8
   Attorneys for the United States

9
                       UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN JOSE DIVISION
12
   UNITED STATES OF AMERICA,         )    No. CR 08-00026 RMW
13                                   )
           Plaintiff,                )
14                                   )    NOTICE OF DISMISSAL
           v.                        )
15                                   )
   JAVIER MARTINEZ-GAMEZ,            )
16                                   )
           Defendant.                )
17                                   )
                                     )
18

19     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

20 United States Attorney for the Northern District of California dismisses the above information

21 without prejudice as to defendant Javier Martinez-Gamez.

22

23 DATED:                                   Respectfully submitted,

24                                          JOSEPH P. RUSSONIELLO
                                            United States Attorney
25

26
                                            ___/s/_____
27                                          JEFFREY B. SCHENK
                                            Assistant United States Attorney
28

   NOTICE OF DISMISSAL - CR 08-00026 RMW

1  Leave of Court is granted to the government to dismiss that information without prejudice as to
2  defendant Javier Martinez-Gamez.
3
4  Date: _____
                                        _____
                                        RONALD M. WHYTE
5                                       United States District Judge

NOTICE OF DISMISSAL - CR 08-00026 RMW    2