JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

JEFFREY B. SCHENK (CSBN 234355)
Assistant United States Attorney

   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-2695
   Facsimile: (408) 535-5081
   jeffrey.b.schenk@usdoj.gov

***E-FILED - 4/18/08***

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00026 RMW |
|    Plaintiff, ) | |
| v. ) | NOTICE OF DISMISSAL |
| JAVIER MARTINEZ-GAMEZ, ) | |
|    Defendant. ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above information without prejudice as to defendant Javier Martinez-Gamez.

DATED:                             Respectfully submitted,

                                       JOSEPH P. RUSSONIELLO
                                       United States Attorney


                               ___/s/_____
                               JEFFREY B. SCHENK
                               Assistant United States Attorney

NOTICE OF DISMISSAL - CR 08-00026 RMW

1 | Leave of Court is granted to the government to dismiss that information without prejudice as to
2 | defendant Javier Martinez-Gamez.

Date: 4/18/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

NOTICE OF DISMISSAL - CR 08-00026 RMW2